# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK O. FRANKLIN, SR, <br><br> Plaintiff, <br><br> v. <br><br> LT. LUNDY and SGT. TIMONEN, <br><br> Defendants. | CV F   05 521 AWI LJO P <br><br> ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED OCTOBER 5, 2005.  (Doc. 13.) |

   Patrick O. Franklin ("Plaintiff"), an inmate currently incarcerated at California Correctional Institution ("CCI") at Tehachapi, California, is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

   On October 5, 2005, the Court issued Findings and Recommendations that the Plaintiff's Application to Proceed In Forma Pauperis be revoked.  Upon further review of the record, the Court finds that Plaintiff filed the instant action before being declared three-strikes under the Prison Litigation Reform Act.  Accordingly, the Court HEREBY VACATES the Findings and Recommendations previously issued and will screen the case in due course.

IT IS SO ORDERED.

**Dated:   November 7, 2005**          /s/ Lawrence J. O'Neill
b9ed48                                 UNITED STATES MAGISTRATE JUDGE