1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   PATRICK O. FRANKLIN, SR.,            1:05-cv-00521-AWI-LJO-P

12               Plaintiff,          **ORDER ADOPTING FINDINGS AND
                                     RECOMMENDATIONS** (Doc. 16)
13   vs.
                                     **ORDER DISMISSING COMPLAINT/**
14   LT. LUNDY and SGT. TIMONEN,     **ACTION**

15               Defendants.
                                   /
16

17        Patrick O. Franklin, Sr. ("Plaintiff"), an inmate currently

18   incarcerated at California Correctional Institution ("CCI") at

19   Tehachapi, California, is a state prisoner proceeding pro se in

20   this civil rights action pursuant to 42 U.S.C. § 1983.  The

21   matter was referred to a United States Magistrate Judge pursuant

22   to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

23        On December 11, 2006, the Magistrate Judge filed Findings

24   and Recommendations herein which were served on Plaintiff and

25   which contained notice to Plaintiff that any objections to the

26   Findings and Recommendations were to be filed within twenty (20)

27   days.  To date, Plaintiff has not filed objections to the

28   Magistrate Judge's Findings and Recommendations.

                                    1

1      In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  <u>de novo</u> review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6      Accordingly, IT IS HEREBY ORDERED that:

7      1.    The Findings and Recommendations, filed December 11,

8  2006, are ADOPTED IN FULL; and,

9      2.    The Complaint, and therefore this action, is DISMISSED

10 pursuant to Local Rule 11-110, and for Plaintiff's failure to

11 obey the Court's order of October 2, 2006, and for Plaintiff's

12 failure to prosecute the action.

13

14 IT IS SO ORDERED.

15 **Dated:    February 10, 2007**                      **/s/ Anthony W. Ishii**
   0m8i78                                  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28